**Opinion issued June 18, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-26-00614-CR**

**NO. 01-26-00615-CR**

————————————

**IN RE IVORY JAMES JOHNSON, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Ivory James Johnson, currently incarcerated and proceeding pro se, filed a petition for a writ of mandamus in two underlying trial court cases, requesting that this Court direct the trial courts to "correct the time served" on his sentences of incarceration related to the underlying trial court cases.[1]   Relator's mandamus

---

[1]   The underlying cases are *The State of Texas v. Ivory James Johnson*, Cause Number 1663686, pending in the 338th District Court of Harris County, Texas, the Honorable Michele Oncken presiding, and *Ex Parte Ivory James Johnson*, Cause

petition requested that this Court grant the petition for writ of mandamus and order the trial court "to vacate the order of date entered in the cause of identity case by style and number[] and specify additional action to be compelled."

Our review of relator's mandamus petition reflects that he has failed to establish that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).

---

Number 1455743-A, pending in the 209th District Court of Harris County, Texas, the Honorable Brian Warren presiding.